**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| NIKOLAS ANDREW PALIOBAGIS, | ) | NO. SA CV 14-702-ABC (E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MICHAEL BLOOM, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: July 31, 2014.

*/s/ Audrey B. Collins*

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE